BEFORE THE FIRST DIVISION, MAY 2, 1950·

No. 54290.—Eitinger Bead Co., Inc. *v.* United States, protests 918327–G, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of white beads similar in all material respects to those the subject of *Eitinger Bead Co.* v. *United States* (13 Cust. Ct. 50, C. D. 867), certain items were held dutiable at 35 percent under paragraph 1503 and other items at 20 percent under said paragraph, as modified by T. D. 49458.

No. 54291.—P. Gdalia and M. L. Gutierrez *v.* United States, protests 113160–K and 117718–K (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the miniature leather gloves the subject of *United States* v. *Ignaz Strauss & Co., Inc.* (37 C. C. P. A. 32, C. A. D. 415), the claim of the plaintiff was sustained.

No. 54292.—London Gramophone Corp. *v.* United States, protests 142571–K and 144295–K (New York).

Opinion by OLIVER, C. J. It was stipulated that the merchandise consists of parts of record players similar in all material respects to those the subject of *Garrard Sales Corp.* v. *United States* (35 C. C. P. A. 39, C. A. D. 369). In accordance therewith the claim of the plaintiff was sustained.

No. 54293.—Anglo-American Commodities et al. *v.* United States, protests 144435–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.